IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-36-GF-BMM |
| Plaintiff, | |
| vs. | |
| C'ERRA DAWN CLARK | |
| Defendant. | |

On November 8, 2017, the undersigned granted Defendant, C'erra Clark's (Clark) Motion in open court for a Psychiatric Exam, (Doc. 116). On December 28, 2017, the Court received notice from D. Sproul, Warden at Federal Detention Center, SeaTac, Washington, where Clark is being evaluated, requesting a 30-day extension of the evaluation.

Accordingly, **IT IS ORDERED** that a 30-day extension of the evaluation of Clark is **GRANTED**. The study period will begin on December 11, 2017 and end on January 25, 2018, with the final report submitted to the Court no later than February 8, 2018.

DATED this 2nd day of January, 2018.

John Johnston
United States Magistrate Judge